

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ROSA SERRANO AND TLP-EPL ENTERPRISES, INC. DBA THE LENS FACTORY; AND ALL OCCUPANTS OF 11450 JAMES WATT, SUITE C1 AND C2 EL PASO, TEXAS 79936, | § § § § | No. 08-11-00191-CV<br><br>Appeal from the<br><br>County Court at Law Number Five |
| Appellants, | § | of El Paso County, Texas |
| v. | § | (TC# 2011-J00021) |
| FRANCIS PROPERTIES I, LTD., | § | |
| Appellee. | | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment.  We therefore affirm the judgment of the court below.

It appearing to this Court that Appellant Rosa Serrano is indigent for purposes of appeal, this Court makes no other order with respect thereto.  This decision shall be certified below for observance.

IT IS SO ORDERED THIS 21ST DAY OF AUGUST, 2013.

GUADALUPE RIVERA, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.